IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN BOHANNAN,<br>    *Plaintiff*, | :<br>:<br>:    CIVIL ACTION |
| v. | :    NO. 21-618<br>: |
| KIMBERLY- CLARK PENNSYLVANIA LLC,<br>    *Defendant.* | :<br>:<br>: |

# ORDER

**AND NOW**, this 28th day of September, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 19), it is hereby **ORDERED** that said Motion is **GRANTED**. It is **FURTHER ORDERED** that the Clerk of Court shall **MARK** the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II      J.